

EPSTEIN
BECKER
GREEN

Attorneys at Law

Elizabeth K. McManus
t  212.351.4938
f  212.878.8600
EMcmanus@ebglaw.com

January 15, 2021

**<u>VIA ECF</u>**

The Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  Rivera v. JPMorgan Chase
          <u>Civil No. 16-cv-329</u>

Dear Judge Kuo:

      We represent defendant JPMorgan Chase & Co. in the above-referenced matter.  We write to respectfully request that the Court extend the parties' time to file a Stipulation of Dismissal an additional forty-five days - until March 4, 2021, as the parties are still finalizing a few terms of an appropriate settlement agreement and also need additional time to permit certain statutory waiting periods to be completed.

      We make this request with the consent of Plaintiff Erick Rivera, through his counsel, Corey Stark, Esq.

      Thank you for your consideration.

              Respectfully,

              <u>/s/Elizabeth K. McManus</u>
              Elizabeth K. McManus

cc:    Corey Stark, Esq. (via email)