**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ERICK E. RIVERA,

        Plaintiff,

- against -

J.P. MORGAN CHASE BANK, N.A.,

        Defendant.

---------------------------------------------------------------X

Civ. No. 16-329

**Stipulation of Dismissal with Prejudice**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
Date: Thursday Feb 25, 2021

Erick E. Rivera, Plaintiff

By: _____
Erick E. Rivera
6126 Saunders Street
Rego Park, NY 11374

Attorneys for Defendant

By: _____
Elizabeth K. McManus, Esq.
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022